UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Jay Thomas<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>DEFENDANTS. | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon<br><br>MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND<br><br>Civil Action No. |

## MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Plaintiff incorporates by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. 17, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and allegations against other

Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff further alleges as follows:

**I.   DEFENDANTS**

1. Plaintiff names the following Defendants in this action:

   __X__   3M Company

   _____   3M Occupational Safety LLC

   _____   Aearo Holding LLC

   _____   Aearo Intermediate LLC

   _____   Aearo LLC

   _____   Aearo Technologies LLC

**II.   PLAINTIFF**

2. Name of Plaintiff:

   > Jay Thomas

3. Name of spouse of Plaintiff (if applicable to loss of consortium claim):

   >

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

|  |
|--|
|  |

5. State(s) of residence of Plaintiff:

| South Carolina |
|---|

## III. JURISDICTION

6. Basis for jurisdiction (diversity of citizenship or other):

| Diversity of Citizenship |
|---|

7. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

| South Carolina District Court – Charleston Division |
|---|

## IV. USE OF DUAL-ENDED COMBAT ARMS EARPLUG

8. Plaintiff used the Dual-Ended Combat Arms Earplug:

   __X__   Yes

   _____   No

## V. INJURIES

9. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

|      |                              |
|------|------------------------------|
| __X__ | Hearing loss                |
|      | Sequelae to hearing loss     |
| __X__ | Other [specify below]       |

> Tinnitus-Both Ears

### VI. CAUSES OF ACTION

10. Plaintiff adopts in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

    __X__   Count I – Design Defect – Negligence

    __X__   Count II – Design Defect – Strict Liability

    __X__   Count III – Failure to Warn – Negligence

    __X__   Count IV – Failure to Warn – Strict Liability

    __X__   Count V – Breach of Express Warranty

    __X__   Count VI – Breach of Implied Warranty

    __X__   Count VII – Negligent Misrepresentation

    __X__   Count VIII – Fraudulent Misrepresentation

    __X__   Count IX – Fraudulent Concealment

    __X__   Count X – Fraud and Deceit

    __X__   Count XI – Gross Negligence

    __X__   Count XII – Negligence Per Se

    __X__   Count XIII – Consumer Fraud and/or Unfair Trade Practices

|          |                                      |
|----------|--------------------------------------|
| _____ | Count XIV – Loss of Consortium   |
| __X__    | Count XV – Unjust Enrichment         |
| __X__    | Count XVI – Punitive Damages         |
| _____ | Count XVII – Other [specify below] |

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff asserts the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

12. Plaintiff contends that additional parties may be liable or responsible for Plaintiff's damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

13. Plaintiff asserts the following additional claims and factual allegations against other Defendants named in Paragraph 12:

**WHEREFORE,** Plaintiff prays for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff may be entitled.

6

Dated: March 8, 2023

        **Milberg Coleman Bryson Phillips Grossman, PLLC**

By:    */s/ Randi Kassan*
       Randi Kassan, Esq.
       100 Garden City Plaza, Suite 500
       Garden City, NY 11530
       Ph: (516) 741-5600
       Fax: (516) 741-0128
       Email: rkassan@milberg.com

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands trial by jury as to all issues.

       */s/ Randi Kassan*
       Randi Kassan, Esq.